IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ACE CONTRACTORS, INC.**                                              **PLAINTIFF**

**v.**                     **CIVIL ACTION NO. 1:17-cv-302-HSO-JCG**

**TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA and
SOUTHERN INDUSTRIAL
CONTRACTORS, LLC**                                          **DEFENDANTS**

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS MATTER is before the Court following the entry of an Agreed Order granting Defendants' unopposed motions to stay the case pending arbitration. Agreed Order (ECF No. 12). Given that this case is stayed pending conclusion of arbitration proceedings, there appears to be no reason to maintain the file as an open one for statistical purposes. The case will therefore be closed at this time.

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court is directed to administratively close this case for statistical purposes. Any party may move to re-open the case once arbitration is concluded, or should further proceedings in this Court become necessary or desirable.

**SO ORDERED AND ADJUDGED**, this the 7th day of February, 2018.

                                                      /s/ *John C. Gargiulo*
                                                      JOHN C. GARGIULO
                                                      UNITED STATES MAGISTRATE JUDGE