IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| ACE CONTRACTORS, INC. | § | PLAINTIFF |
| --- | --- | --- |
| v. | § | Civil No. 1:17cv302-HSO-JCG |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and SOUTHERN INDUSTRIAL CONTRACTORS, LLC | § | DEFENDANTS |

## ORDER GRANTING [14] JOINT MOTION TO DISMISS

BEFORE THE COURT is the parties' Joint Motion to Dismiss [14]. Counsel for Defendant Southern Industrial Contractors, LLC, represents that this matter has been amicably resolved and that counsel for all parties consent to the dismissal of this matter in its entirety with prejudice. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the parties' Joint Motion to Dismiss [14] is granted, and this civil action is **DISMISSED WITH PREJUDICE**. A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED**, this the 21st day of May, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE