IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| ACE CONTRACTORS, INC. | § | PLAINTIFF |
|---|---|---|
| | § | |
| v. | § | Civil No. 1:17cv302-HSO-JCG |
| | § | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and SOUTHERN INDUSTRIAL CONTRACTORS, LLC | § | DEFENDANTS |

## FINAL JUDGMENT

This matter came to be heard upon the parties' Joint Motion to Dismiss [14]. In accordance with the Court's Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 21st day of May, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE